UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PRESHANT DESAI,

Plaintiff,

Case No. 3:24-cv-238

vs.

ROBINHOOD FINANCIAL LLC,

Defendants.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT ON OR BEFORE OCTOBER 29, 2026**

---

On October 7, 2024, the parties filed a stipulation to arbitration. Doc. No. 5. Accordingly, the case was stayed and has remained so ever since. *Id.* To keep the Court appraised of the status of this case, the Court **REQUIRES** the parties to file a joint status report **on or before October 29, 2026**.

**IT IS SO ORDERED.**

October 23, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge